1:24-cr-00176
Judge John F. Kness
Magistrate Judge Jeffrey Cole
RANDOM / Cat. 4

Case: 1:24-cr-00176 Document #: 6 Filed: 05/02/24 Page 1 of 6 PageID #:32



FILED
5/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>HUGO PINZON,<br>    also known as "Juiceman" | Violations: Title 18, United States Code, Section 924(c)(1)(A); Title 21, United States Code, Section 841(a)(1) |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about January 16, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

HUGO PINZON,
also known as "Juiceman,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 14, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

HUGO PINZON,
also known as "Juiceman,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 4, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

HUGO PINZON,
also known as "Juiceman,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 4, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

HUGO PINZON,
also known as "Juiceman,"

defendant herein, did knowingly possess a firearm, namely, a Glock 19 semiautomatic pistol bearing serial number ABPP723, and a Glock 26 semiautomatic pistol bearing serial number WAA915, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. In addition, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but is not limited to, the following:

   a. One Glock 19 semiautomatic pistol bearing serial number ABPP723, and associated ammunition;

   b. One Glock 26 semiautomatic pistol bearing serial number WAA915, and associated ammunition;

   c. Approximately $87,921.10, seized by law enforcement on or about April 4, 2024 from 1537 North Western Avenue, First Floor Unit, Chicago Illinois; and

      d.      Approximately $8,535 seized by law enforcement on or about April 4, 2024 from defendant HUGO PINZON.

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY